NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone:  (415) 977-8825
     Facsimile:  (415) 744-0134
     Email:  Jennifer.Tarn@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MATTHEW J. DORSEY, | ) No.  2:17-cv-07648-RAO |
| | ) |
| Plaintiff, | ) **[~~PROPOSED~~] JUDGMENT** |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

-1-

1      The Court having approved the parties' stipulation to remand this case

2 pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent

3 with that stipulation and for entry of judgment for Plaintiff, judgment is hereby

4 entered for Plaintiff.

5

6 DATED: March 13, 2018         _Rozella a. Oliver_

7         HONORABLE ROZELLA A. OLIVER

8         UNITED STATES MAGISTRATE JUDGE